*E-Filed 11/26/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BRYANT, | No. C 12-2191 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 10) is GRANTED. Such motion shall be filed on or before January 25, 2013. The Clerk shall terminate Docket No. 10.

**IT IS SO ORDERED**.

DATED: November 26, 2012

RICHARD SEEBORG
United States District Judge