*E-Filed 2/14/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT BRYANT,  No. C 12-2191 RS (PR)

    Plaintiff,  **ORDER EXTENDING TIME**

    v.

MATTHEW CATE, et al.,

    Defendants.

    Plaintiff's motion to extend time to file an opposition to defendants' motion to dismiss (Docket No. 26) is GRANTED. Such opposition shall be filed on or before April 15, 2013. The Clerk shall terminate Docket No. 26.

    **IT IS SO ORDERED**.

DATED: February 14, 2013

    RICHARD SEEBORG
    United States District Judge