*E-Filed 4/18/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | No. C 12-2191 RS (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to plaintiff's motion for voluntary dismissal (Docket No. 29), this federal civil rights action is dismissed. *See* Fed. R. Civ. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1). Defendants' motion to dismiss (Docket No. 20) is DENIED without prejudice. The Clerk shall terminate Docket Nos. 20 and 29, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: April 18, 2013

　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　United States District Judge